IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JOYCELYN M. JOHNSON, | ) | |
| | ) | |
| v. | ) | 3:08-0870 |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security. | ) ) | |

**O R D E R**

Before the Court is the Report and Recommendation of Magistrate Judge Bryant in which he recommends denial of Plaintiff's Motion for Judgment on the Administrative Record, that Defendant's Motion be granted, and the decision of the Commissioner be affirmed. Plaintiff has filed objections thereto.

The Recommendation of Magistrate Judge Bryant is well reasoned and correct in its recitation of the facts and application of the law. The Court adopts the Report and Recommendation as its findings of fact and conclusions of law. There is substantial evidence in the record supporting the decision of the Commissioner.

The Plaintiff's Motion for Judgment on the Administrative Record, Document #19, is **DENIED**, Defendant's Motion for Judgment on the Administrative Record, Document #27, is **GRANTED** and the decision of the Commissioner is **AFFIRMED**. This case is **DISMISSED.** This is a final Order for which an appeal may lie.

It is so **ORDERED**.

Thomas A. Wiseman, Jr.
Senior U.S. District Judge